**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No.  4:10-cv-00001 |
| | ) |
| Jill M. Trulson a/k/a Jill Trulson, | ) |
| Ronald E. Trulson, Sara M. Trulson, | ) |
| Jenney E. Trulson, and Adam M. Trulson, | ) |
| Defendants. | ) |

_____

On August 16th, 2010, plaintiff and defendant Jill Trulson filed a Stipulation for Extension of Time for Jill M. Trulson to File Answer.  Accordingly, the court adopts the parties stipulation, and it is hereby **ORDERED** that Jill Trulson shall file her answer in this case by October 15, 2010.

Dated this 18th day of August, 2010.

*/s/  Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge