# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jill M. Trulson a/k/a Jill Trulson, Ronald | ) | |
| E. Trulson, Sara M. Trulson, Jenney E. | ) | |
| Trulson, and Adam E.W. Trulson, | ) | |
| | ) | Case No. 4:10-cv-001 |
| Defendants. | ) | |

_____

On February 11, 2011, the parties filed a Stipulation for Jill M. Trulson to File Answer. The court **ADOPTS** the parties' stipulation (Docket No. 17). Defendant Jill M. Trulson shall have until April 15, 2011, to file her answer in the above-captioned case.

**IT IS SO ORDERED.**

Dated this 14th day of February, 2011.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge